```
ADVANCED DISABILITY ADVOCATES
Kevin Hong (SBN 299040)
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff,
IN SUN KIL
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN SUN KIL,<br><br>    Plaintiff,<br><br>  vs.<br><br>LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS #86; 16152 WHITTIER LLC; and DOES 1 to 10 inclusive,<br><br>    Defendants. | **Case No.: 2:19-cv-02140 MWF (JPRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff In Sun Kil ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

Dated: July 16, 2019         ADVANCED DISABILITY ADVOCATES

                             By:   */s/ Kevin Hong*
                                   Kevin Hong, Esq.
                             Attorneys for Plaintiff