UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 19-2140-MWF(JPRx)**                    Dated: **July 17, 2019**

Title:     In Sun Kil -*v*- Luxottica of America Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                              None Present
        Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                              None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

      In light of the Notice of Settlement [13] filed July 16, 2019, the Court sets a hearing on Order To Show Cause Re Dismissal for September 9, 2019 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

      IT IS SO ORDERED.

MINUTES FORM 90                              Initials of Deputy Clerk   __rs__
CIVIL - GEN